I.  A) Defendants

    WEXFORD HEALTH SOURCES, INC.
    SCHAEFER, RONALD W.
    GAUEN, RALPH E.
    BREWER, MICHAEL L.
    DUNCAN, GEORGE
    MORISETTY, VIDYA
    STOKES, EDITHA M.
    BENWAY, JOANN K.
    FUCHS, SHANNON
    CRIST, BRENDA L.
    SMITH, LISA K.
    SPENGLER, HEATHER L.
    BEARD, RHONDA J.
    PHYSICIAN ASSISTANT JANE DOE,
    in their individual capacities

I.  C) Plaintiff's Attorneys

    Michael A. Doornweerd
    Laura E.B. Hulce
    Ali I. Alsarraf
    Lina R. Powell
    Michael B. Kang
    Henry A. Leaman
    Jenner & Block LLP
    353 N. Clark Street
    Chicago, IL 60654
    Telephone: +1 312 222 9350