IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| John Paris,<br><br>   Plaintiff,<br><br> vs.<br><br>Wexford Health Sources, Inc., et al.,<br><br>   Defendants. | CASE NO. 2:21-CV-02149<br>JUDGE JAMES E. SHADID<br><br>MAGISTRATE JONATHAN E. HAWLEY |

MOTION FOR LEAVE TO WITHDRAW APPEARANCE

 Jenner & Block LLP ("Jenner & Block") hereby moves to withdraw the Appearance of Henry A. Leaman on behalf of Plaintiff. As of August 16, 2021, Mr. Leaman is no longer affiliated with Jenner & Block. Plaintiff will continue to be represented by the undersigned counsel of record from Jenner & Block.

Dated: August 17, 2021

Respectfully submitted,

By: /s/ Laura Hulce _____
 Laura Hulce
 Michael A. Doornweerd
 Ali I. Alsarraf
 Lina R. Powell
 Michael B. Kang
 Jenner & Block LLP
 353 N. Clark Street
 Chicago, IL 60654-3456
 Telephone: +1 312 222 9350
 Facsimile: +1 312 527 0484

 Attorney for Plaintiff