# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | |
|---|---|
| John Paris ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:2021-cv-02149 |
| Wexford Health Sources, Inc. et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                     .

Date:   10/01/2021

/s/ Michael A. Doornweerd
*Attorney's signature*

Michael A. Doornweerd,
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark St
Chicago, IL 60654

*Address*

MDoornweerd@jenner.com
*E-mail address*

(312) 923-2631
*Telephone number*

(312) 527-0484
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| John Paris | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   2:2021-cv-02149 |
| Wexford Health Sources, Inc. et al., | ) |
| *Defendant* | ) |

CERTIFICATE OF SERVICE

I certify that on  10/01/2021 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

_____,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

Wexford Health Sources, Inc.; Ronald W. Schaefer; Ralph E. Gauen; Michael L. Brewer; George Duncan; Vidya Morisetty; Editha M. Stokes; Joann K. Benway; Shannon Fuchs; Brenda L. Crist; Lisa K. Smith; Heather L. Spengler; Rhonda J. Beard;     .

/s/ Michael A. Doornweerd
*Attorney's signature*

Michael A. Doornweerd,
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark St
Chicago, IL 60654
*Address*

MDoornweerd@jenner.com
*E-mail address*

(312) 923-2631
*Telephone number*

(312) 527-0484
*Fax number*