IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN PARIS, as Administrator of the Estate of VICTORIA L. PARIS, and in his personal capacity, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 21-cv-02149-JES-JEH ) |
| WEXFORD HEALTH SOURCES, INC., *et al.*, | ) ) |
| Defendants. | ) ) |

**MOTION FOR EXTENSION OF TIME**

Defendant MICHAEL BREWER, by his attorneys, BROWN, HAY & STEPHENS, LLP, moves to extend the deadline for responding to Plaintiff's Second Set of Interrogatories by five days. In support, Defendant states as follows:

1. On __, Plaintiff served his second set of interrogatories on the Wexford Defendants. On August 18, 2023, all Wexford Defendants except for Dr. Brewer served their responses.

2. Dr. Brewer seeks a five-day extension of the deadline for serving his responses to Plaintiff's second set of interrogatories.

3. Dr. Brewer has drafted responses to Plaintiff's second set of interrogatories and is completing final review of those responses. Dr. Brewer was not able to complete that review prior to the deadline, and out of an abundance of caution, asks that he be given an additional five days to complete review.

4. This Motion is prepared in good faith and is not for the purpose of undue delay. As explained previously, the remaining Wexford Defendants have served responses to Plaintiff's second set of interrogatories.

5. Under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the court may, for good cause, extend the time in which any act may or must be done. Fed. R. Civ. P. 6(b)(1). The foregoing establishes sufficient good cause to extend the deadline for filing a motion to compel.

6. Since this motion was filed after normal business hours, counsel has not obtained consent from Plaintiff's counsel to this requested extension.

WHEREFORE, Dr. Brewer prays that the Court grant the requested extension and any other relief that this Court deems just.

Respectfully submitted,
**MICHAEL BREWER, Defendant**

Dated: August 18, 2023 By: /s/ Anthony D. Schuering
**BROWN, HAY & STEPHENS, LLP**
Andrew M. Ramage, ARDC# 6256554
Dylan P. Grady, ARDC# 6309120
Anthony D. Schuering, ARDC# 6333319
205 S. Fifth Street, Suite 1000
Springfield, IL 62705-2459
Telephone: 217-544-8491
aramage@bhslaw.com
dgrady@bhslaw.com
aschuering@bhslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I caused this document to be electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

/s/ Anthony D. Schuering

4B57769